Oct. 3, 2005

To: The U.S. District Court
Attn: Ofc. of the Clerk
844 King St. Lock Box 18
Wilm, De 19801-3570



From: Willis L. Brayson, Jr.

Re: C.A. NO. 04-824 KAJ

Enclosed is the sum of $10.00, please apply to above case number/filing fee. Please be advised I sent the sum of $4.00, to be applied to aforesaid case number/filing fee as of 9-22-05, as of prison copy of transactions of my account, .91 cent was sent to the court along with $5.09 on the above date; $6.00 was also sent to the for said fee as of 9-7-05. As of 10-3-05, a total amount of $26.00 has been sent to this court for the aforesaid filing fee, as soon as I receive any further funds I will send more money to be applied to the/for the filing fee of the above case.

Respectfully Submitted
W. L. Brayson, Jr.

P.S. Received receipt for .91, waiting for others from the court. The 5.09 + .91 was sent 9-9-05



Legal Mail

I/M Willis L. Grayson Jr.
SBI# 121705   UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To: The U.S. District Court
Attn: Office of the Clerk
844 King St. Lock Box 18
Wilm, De. 19801-3570

19801-3570

Legal Mail