OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 14, 2005

TO: Willis L. Grayson, Jr.
SBI# 121905
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

*RE: Letter filed on 10/11/05; 04-824(KAJ)*

Dear Mr. Grayson:

This office received a letter from you on 10/11/05 in reference to a $10.00 check being submitted towards your filing fee. There was no check included with your filing in District Court. If you have documentation from the prison office that this payment was submitted, please send it to the Clerk's Office.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

Oct. 3, 2005 (14)

To: the U.S. District Court
Attn: Ofc. of the Clerk
844 King St. Lock Box 18
Wilm, De 19801-3570

From: Willie L. Grayson, Jr.



Re: C.A. NO. 04-824 KAJ

Enclosed is the sum of $10.00, please apply to above case number/filing fee. Please be advised I sent the sum of $4.00, to be applied to aforesaid case number/filing fee as of 9-22-05, as of prison copy of transactions of my account, .91 cent was sent to the court along with $5.09 on the above date; $6.00 was also sent to the for said fee as of 9-7-05. As of 10-3-05, a total amount of $26.00 has been sent to this court for the aforesaid filing fee, as soon as I receive any further funds I will send more money to be applied to the/for the filing fee of the above case.

Respectfully Submitted
W. L. Grayson, Jr.

P.S. Received receipt for .91, waiting for others from the court. the 5.09 & .91 was sent 9-9-05