Oct. 16, 2005

To: Ofc. of the Clerk / U.S. District Court
Attn: Peter T. Dalleo
844 King St., Lock Box 18
Wilm, De 19801-3570

From: Willis L. Brayson, Jr. #121905
Bldg. 23/B-2-2, DCC
1181 Paddock Road
Smyrna, De 19977


FILED
OCT 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Your letter of 10-14-05, non-receipt of check for $10.00, 04-824 (KAJ)

Sir:

My sincere thanks for informing me of the above matter, this is due to the ineptitude of the building/housing unit's staff, sir did the court receive a check for $4.00? This check as well as the check for $10.00 were to be applied to my fee for the above case, please inform me on the above matter (*).

If ya'd be so kind as to afford me a copy of my letter dated 10-11-05, informing the Court of the $10.00 check that wasn't enclosed with my aforesaid dated letter and to include the non-receipt of the $4.00 check for/as payment(s) on the above case I'd be most grateful; this will lend validity to the inhouse proceedings I'm about to initiate concerning the whereabouts of the aforesaid funds and why these funds weren't deducted as they should have been.

Respectfully Submitted
W. L. Brayson, Jr.

pc: Filed

[Envelope scan with handwritten addresses]

From:
IM: [illegible signature] Jr.
SBI# 181905   UNIT 23 LB-L-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To:
U.S. District Court
Attn: Office of the Clerk
844 N. King St. Lock Box 18
Wilm, De 19801-3570

Legal Mail

U.S.M.S. X-RAY