OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 24, 2005

TO: Willis L. Grayson, Jr.
    SBI# 121905
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

*RE: Letter* Requesting Copy of Document; 04-824(KAJ)

Dear Mr.:

This office received a letter from you requesting DI 15 in 04-824. Enclosed please find the above requested document.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
enc. DI 15

Oct. 16, 2005

(16)

To: Ofc. of the Clerk / U.S. District Court
Attn: Peter T. Dalleo
844 King St., Lock Box 18
Wilm, De 19801-3570

From: Willis L. Drayson, Jr. #121905
Bldg. 23/B-L-1, DCC
1181 Paddock Road
Smyrna, De 19977

FILED
OCT 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Re: Your letter of 10-14-05, non-receipt of check for $10.00, 04-824 (KAJ)

Sir:

My sincere thanks for informing me of the above matter, this is due to the ineptitude of the building/housing unit's staff, sir did the court receive a check for $4.00? This check as well as the check for $10.00 were to be applied to my fee for the above case, please inform me on the above matter (*).

If you'd be so kind as to afford me a copy of my letter dated 10-11-05, informing the court of the non-receipt of the $10.00 check that wasn't enclosed with my aforesaid dated letter, and to include the non-receipt of the $4.00 check for fee payment(s) on the above case I'd be most grateful; this will lend validity to the in-house proceedings I'm about to initiate concerning the whereabouts of the aforesaid funds and why these funds weren't deducted as they should have been.

Respectfully Submitted
W. L. Drayson, Jr.

pc: filed