☐ ORIGINAL

In the United States District Court
for the District of Delaware

Willis L. Grayson, Jr.,
    Plaintiff,

v.

Lieutenant James Stanton
    et al,
    Defendants.

Civ. No. 04-824-KAJ

Jury Trial Demanded

FILED
FEB 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion to Amend and/or Supplement Pleadings

Pursuant to F.R.Civ.P. Rule 15(a)+(d), and all other proper authorities.

Comes, Now, Willis L. Grayson, Jr., Plaintiff in the above captioned action respectfully moves this Honorable Court to grant his Motion to Amend and/or Supplement Pleadings. Plaintiff supports his motion with the following:

(1) F.R.Civ.P. Rule 15(a) permits a party to amend the party's pleading

once as a matter of course at any time a responsive pleading is served or the action has not been placed upon the trial calendar, in Plaintiff's instant case pending before this Honorable Court <u>neither of the aforesaid have occurred.</u>

(2) In addition to the aforementioned rule, part (d) states permission may be granted even though the original pleading is defective in its statement of a claim for relief or defense. Plaintiff seeks permission to submit his Supplemental Pleading, i.e., his <u>Claim to Relief</u> in hand with the following:

(1) That all aforenamed Defendants are sued in their official and individual capacities and seeks the following monetary damages:

Compensatory Damages from each named Defendant in the amount of $60.00.

Punitive Damages from each named Defendant in the amount of $180.00.

Respectfully Submitted
Willie L. Dawson, Jr.
Prose Litigant

2

JCC<br>
1181 Paddock Road<br>
Smyrna, De 19977

Dated: Feb. 20, 2006

CERTIFICATE OF SERVICE

I, _Willis P. Grayson, Jr._, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion For Enlargement of Time, Motion to Amend, Supplemental Pleading, Affidavit of Plaintiff + attached letter to Counsellor._ upon the following parties/person(s):

TO: _U.S. District Court of Del._
_Attn: Ofc. of the Clerk_
_844 King St. Lockbox 18_
_Wilm, De. 19801-3570_

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977,

On this _20th_ day of _Feb_, 200_6_.

_W. P. Grayson, Jr._

IM Willie L. Drayton Jr.
SBI# 121505    UNIT D-East 1 D-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

The U.S. District Court
Attn: Office of the Clerk
844 N. King St. Lock Box 18
Wilm, De 19801-3570

Legal Mail

Legal Mail