ORIGINAL

In the United States District Court
for the District of Delaware

Willis L. Grayson, Jr.,
    Plaintiff

v.

Lieutenant James Stenton
    et al
    Defendants.

Civ. No. 04-824-KAJ

Jury Trial Demanded

FILED
FEB 24 2006

## Motion For Enlargement

Pursuant to F. R. Civ. P. Rule (s) 6 (b), and other proper authorities.

Comes, Now, Willis L. Grayson, Jr., Plaintiff in the above captioned respectfully moves this Honorable Court to grant his Motion for Enlargement of time to file his response to District Court's Memorandum Order of January 26, 2006, Plaintiff supports his motion with the following:

(1) As of October 14, 2005, Plaintiff was diagnosed of having Cancer and is undergoing pre-liminary treatment (s)

1

which will soon include radiation treatment(s) on a daily basis.

(2) Due to Plaintiff's instant condition he's experiencing bouts of depression and side effects from the Lupron injection, both the aforesaid effects cause difficulties to Plaintiff's ability to function "Normally" as a person who hasn't been diagnosed with the aforesaid medical condition or treatment(s), therefore Plaintiff requests an <u>addition ten (10) days</u> to respond to the aforesaid memorandum order, i.e. instead of his response date being March 8, 2006, the date of March 22, 2006, be granted.

In addition to the aforesaid reasons Plaintiff hopes his counselor <u>Todd Kramer will have responded to Plaintiff's inquiry about possibility of Lost Good time</u> by and from acts of all named defendants, which will allow Plaintiff to either advise the Court whither he wishes to <u>withdraw</u> or <u>proceed</u> with a separate §2254 claim.

Wherefore, based upon the aforesaid reasons, Plaintiff respectfully requests his instant motion be granted.

2

Respectfully Submitted
Willis F. Grayson, Jr.
Pro se Litigant
DCC
1181 Paddock Road
Smyrna, De 19977

Dated: Feb. 20, 2006

CERTIFICATE OF SERVICE

I, Willie L. Grayson, Jr., hereby certify that I have served a true and correct cop(ies) of the attached: Motion for Enlargement of time, Motion to Amend Supplemental Pleading, Affidavit of Plaintiff + attached letter to Counselor. upon the following parties/person(s):

TO: U.S. District Court of Del.
Attn: Ofc. of the Clerk
844 King St. Lock box 18
Wilm, De 19801-3570

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977,

On this 20th day of Feb, 2006.

W. L. Grayson, Jr.



IM Willie L. Brayong Jr.
SBI# 121905    UNIT D-East/D-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

The U.S. District Court
Attn: Office of the Clerk
844 N. King St. Lock Box 18
Wilm, De 19801-3570

Legal Mail