State of Delaware

County of New Castle

Affidavit of: Willis L. Grayson, Jr.

Dated:

## Affidavit

I, Willis L. Grayson, Jr., being duly sworn, desposes and says that the foregoing statement(s) are true and correct facts and that I've clearly stated under penalty of perjury of the laws of the State of Delaware.

As of Oct. 14, 2005, I was /received diagnosed with Cancer. This diagnoses was given by Dr. Donald J. Suh, M.D. of Demorel Urology, 3 Sussex Avenue Milford, De 19963; Off: 302-422-5569 / fax: 302-422-5218. Due to this diagnoses I'm being treated to prolong my life with injections and soon to start Radiation treatments on a daily basis.

Affiant: Willis L. Grayson, Jr.
Signature
Willis L. Grayson, Jr.
Print Name

1 OF 2

[Stamp: FILED FEB 24 2006 U.S. DISTRICT COURT]
[Stamp: ORIGINAL]

Sworn to and Subscribed before me this 15th day of February, 2006

My Commission Expires: June 14th 2006

_Timothy J. Mast_
(Notary Public)

CERTIFICATE OF SERVICE

I, _Willie P. Grayson, Jr._, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion for Enlargement of time, Motion to Amend & Supplemental Pleading, Affidavit of Plaintiff & attached letter to Counselor._ upon the following parties/person(s):

TO: _U.S. District Court of Del._
_Attn: Ofc. of the Clerk_
_844 King St. Lockbox 18_
_Wilm, De 19801-3570_

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977,

On this _20th_ day of _Feb_____, 200_6_.

_W. P. Grayson, Jr._



Legal Mail

IM Willis L. Drayton Jr.
SBI# 121905   UNIT D-East /D-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

The U.S. District Court
Attn: Office of the Clerk
844 N. King St. Lock Box 18
Wilm, De 19801-3570

Legal Mail