**ORIGINAL**

The United States District Court
Attn: Ofc. of the Clerk
844 N. King St. Lock box 18
Wilm, De 19801-3570

Re: Grayson v. Lieutenant Jr. Stanton, et al
    Civ. No. 04-824-KAJ

The Plaintiff Willis L. Grayson, Jr., in the above case requests this Honorable Court to except his instant letter as his motion to withdraw his §2254 claim which this Honorable Court intended to recharacterize due to possibility forfeiture plaintiff's good time credits and reinstatement thereof.

Plaintiff has verbally been reassured by Counselor Leona Minor, D-East Bldg., that none of his meritorious and/or earned good time has been forfeited, therefore wishes to proceed solely on his §1983. Plaintiff swears under penalty of perjury of laws of the State of Delaware that foregoing statement are true and correct facts.

Dated: 3-7-06



FILED
MAR 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully Submitted
W. L. Grayson, Jr.
Pro se Litigant

## CERTIFICATE OF SERVICE

I, Willis L. Drayson, Jr., hereby certify that I have served a true and correct cop(ies) of the attached: Letter to Ofc. of the Clerk /U.S. District Court / Motion to Withdraw §2254 upon the following parties/person(s):

TO: the U.S. District Court
For District of Delaware
Attn: Ofc. of the Clerk
844 N. King St. Lockbox 18
Wilm, De. 19801-3570

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977,

On this 7 day of March, 2006.

W. L. Drayson, Jr.

Legal Mail

IM Willie L Grayson Jr.
SBI# 121505   UNIT D-East /D-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To: The U.S. District Court
Attn: Office of The Clerk
844 N. King St., Lockbox 18
Wilm, De 19801-3520

Legal Mail