March 7, 2006

To: The United States District Court
Attn: Office of the Clerk or Filing Fees Dept.
844 N. King St. Lockbox 18
Wilm, De 19801-3570

Re: Fee deductions Civ. No. 04-824 KAJ

FILED
MAR 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

According to this court's in forma pauperis fee deductions, twenty (20) percent of whatever amount of funds are in my inmate account, this deduction is to occur once a month until the filing fee has been paid in full and the sum of 20% is to be deducted once for that month not twice, is this correct?

For reasons I don't understand and have yet to receive a reply from Prison Support Services & inmate Account personnel, why on at least two or more occasions funds have been deducted twice in the same month, e.g., 10-6-05, sums of $35.45 + $5.09, also as of 11-11-05, $6.55 & $14.00, both deductions were for the filing fee for the above civil case. I've made written inquiries to the aforementioned prison authority but haven't received any answers, this is why I contact this Honorable Court and/or its proper office.

If you'd be so kind as to not only afford me an answer(s) to the aforesaid question(s) but also inform me of my remaining balance owed to the court concerning my civil action?

Respectfully Submitted
W. B. Bregson, II
Pro se Litigant

IM: Willie L. Grayson Jr.
SBI# 121805   UNIT D-East /D-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

To: The U.S. District Court
Attn: Office of the Clerk
844 N. King St. Lockbox 18
Wilm, De 19801-3570

Legal Mail