OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 14, 2006

TO: Willis L. Grayson, Jr.
SBI #121905
DCC

*RE:* Letter to Clerk (Filing Fees Department) regarding Plaintiff's Partial Payments, CA 04-824 KAJ

Dear Mr. Grayson:

This office received your letter regarding the partial payments that you have made on subject civil action.

On 7/19/04 the Court issued an order assessing the $150.00 filing fee and requiring an initial partial filing fee of $7.00. After your authorization form was filed and the initial partial filing fee was paid, the order required that the prison deduct monthly payments of 20% of the preceding month's income credited to the plaintiff's trust account, and forward that amount to the Clerk of the Court.

Be advised that your questions regarding the twice monthly deductions made by the prison business office must be directed to the Warden or Business Office at DCC. A copy of the case payment history was obtained from our Financial Department and is provided for your reference. Please note that effective 2/3/06, your $150.00 assessed filing fee was paid in FULL. An additional copy of this letter is provided in the event that you want to provide a copy to the business office.

I trust that this addresses your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

FOR: [signature]
/re

Sincerely,

PETER T. DALLEO
CLERK

enc. Account Payment Summary CA 04-824 KAJ
Extra copy provided to Plaintiff

**GRAYSON V. STANTON**

|  |  | CA 04-824 |  |  |
|  |  | CASE #2 |  |  |
| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
| 7/19/2004 |  |  |  | 150 |
| 1/13/2005 | 5100PL | 137638 | 6 | 144 |
| 8/26/2004 | 0869PL | 136755 | 7 | 137 |
| 10/15/2004 | 0869PL | 137050 | 7 | 130 |
| 5/12/2005 | 0869PL | 139237 | 6 | 124 |
| 9/20/2005 | 5100PL | 140672 | 0.91 | 123.09 |
| 10/28/2005 | 5100PL | 141025 | 40.54 | 82.55 |
| 11/28/2005 | 5100PL | 141316 | 14 | 68.55 |
| 11/29/2005 | 5100PL | 141317 | 6.55 | 62 |
| 1/5/2006 | 5100PL | 141756 | 2 | 60 |
| 1/5/2006 | 0869PL | 141756 | 30 | 30 |
| 2/3/2006 | 0869PL | 142168 | 30 | 0 |

```
   7•00  +
   7•00  +
   6•00  +
   6•00  +
   0•91  +
  40•54  +
  14•00  +
   6•55  +
   2•00  +
  30•00  +
  30•00  +
 150•00  *

   0•00  *
```

2006 MAR 14  AM 9:07

(23)

March 7, 2006

To: The United States District Court
Attn: Office of the Clerk or Filing Fees Dept.
844 N. King St. Lockbox 18
Wilm, De 15801-3570

FILED
MAR 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Re: Fee deductions Civ. No. 04-824

According to this court's in forma pauperis fee deductions, of twenty (20) percent of whatever amount of funds are in my inmate account, this deduction is to occur once a month until the filing fee has been paid in full and the sum of 20% is to be deducted once for that month not twice is this correct?

For reasons I don't understand and have yet to receive a reply from Prison Support Services & Inmate Accounts personnel why on at least two or more occasions funds have been deducted twice in the same month, e.g., 10-6-05, sums of $35.45 + $5.05, also as of 11-11-05, $6.55 + $14.00, both deductions were for the filing fee for the above civil case. I've made written inquiries to the aforementioned prison authority but haven't received any answers, this is why I contact this Honorable Court and/or its proper office.

If you'd be so kind as to not only afford me an answer(s) to the aforesaid question(s) but also inform me of my remaining balance owed to the court concerning my civil action?

Respectfully Submitted
W. L. Bradson, II
Pro se Litigant